IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : **CASE NO: 7:24-cv-26 (WLS)** <br> **SPRAY PROPERTIES, LLC,** : <br> **MICHAEL SPRAY, and** : <br> **ROBERT WASHINGTON, JR.,** : <br> : <br> **Defendants.** : <br> _____ : | |

## ORDER

By Order (Doc. 9) entered May 13, 2024, the Court notified Defendant Spray Properties, LLC ("Spray Properties") that as a limited liability company, Spray Properties cannot proceed in a lawsuit *pro se*. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) (corporations, partnerships, associations, and artificial entities may only appear in federal courts through a licensed attorney).

Spray Properties was ordered to obtain counsel who was required to enter an appearance in this case on behalf of Spray Properties on or before Monday, June 3, 2024. The docket does not reflect that counsel has entered an appearance on behalf of Spray Properties. In the event counsel failed to enter an appearance by June 3, 2024,[1] the May 13, 2024 Order directed the Clerk, or his deputy, to strike the Spray Properties Answer (Doc. 8) and any *pro se* filings by Defendant Spray Properties from the record.

Accordingly, the Court **ORDERS** Spray Properties to show cause no later than **Thursday, June 13, 2024**, why its Answer (Doc. 8) should not be stricken from the record. Spray Properties is hereby noticed that failure to respond to or comply with this Order result

---

[1] If counsel had timely entered an appearance, the Court's Order allowed twenty-one days from entry of such appearance, but no later than Monday June 24, 2024, within which Spray Properties, through counsel, was to refile its answer.

1

in its Answer being stricken without further notice or proceeding, which may cause Spray Properties to be subject to motions for relief which may be filed by Plaintiff, which could include sanctions, including judgment against Defendant and in Plaintiff's favor.

**SO ORDERED**, this 6th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**