IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **SPRAY PROPERTIES, LLC,** *et al.,* : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO: 7:24-cv-26  (WLS)** |

**ORDER**

Presently before the Court is the Notice of Settlement (Doc. 14) ("Motion"). Therein, the Parties notify the Court that they have reached a settlement in principle and are in the process of documenting the settlement. The Parties state they expect to tender a proposed consent order in the near future. The Court's Initial Discovery Order (Doc. 8) was entered June 20, 2024, scheduling an initial discovery conference for August 21, 2024, and requiring the Parties' to provide their proposed scheduling order by August 13, 2024. The Parties request that the Court stay the deadlines in the Initial Discovery Order and continue the discovery conference to allow the Parties sufficient time to complete the settlement document.

For good cause, the Motion (Doc. 14) is **GRANTED**. The initial discovery conference scheduled for August 21, 2024, is removed from the Court's calendar, and the Parties are excused from delivering their proposed scheduling order.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a consent order or joint stipulation of dismissal **no later than Wednesday, September 18, 2024**, or, by the same deadline, file a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 15th day of August 2024.

                                                 **/s/  W. Louis Sands**
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**