IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) SPRAY PROPERTIES LLC, MICHAEL ) SPRAY, and ROBERT WASHINGTON, ) JR., ) ) Defendants. ) | CIVIL ACTION NO. 7:24-CV-00026-WLS |

## ORDER

Plaintiff Auto-Owners Insurance Company ("Auto-Owners") and Defendant Michael Spray ("Mr. Spray") having agreed and consented to the entry of this Order in the above-styled action, and for good cause shown, the Court hereby ORDERS, ADJUDGES AND DECLARES as follows as to Auto-Owners and Mr. Spray:

This declaratory judgment action relates to two insurance policies issued by Auto-Owners. Specifically, Auto-Owners issued to Mr. Spray and Spray Properties, LLC ("Spray Properties") a commercial general liability insurance policy, number 0832318-78572784-21, with effective dates from March 19, 2021 through March 19, 2022 (the "Spray Policy"). The limit of coverage under the Spray Policy was

$1,000,000 (each occurrence). In addition, Auto-Owners issued to Spray Properties, LLC d/b/a Woodmere Apartments a commercial general liability insurance policy, number 142318-78023177-21, with effective dates from October 29, 2021 through October 29, 2022 (the "Woodmere Policy"). The limit of coverage under the Woodmere Policy was $500,000 (each occurrence).

On February 24, 2022, a house fire occurred at 905 E. Bartow St., Quitman, Georgia, property owned (and leased) by Spray Properties. The fire resulted in the death of two individuals, Chance Hollis and Robert Washington, Sr. Auto-Owners paid its full policy limits (totaling $1,500,000) to settle the Hollis claims on behalf of its insureds, including Mr. Spray.

After Auto-Owners exhausted its policy limits to settle the Hollis claims, Robert Washington, Jr., filed a wrongful death suit against Mr. Spray, entitled *Robert Washington Jr. v. Spray Properties, LLC and Michael Spray*, Superior Court of Brooks County, Georgia, Civil Action File No. 24CV00032 (the "Washington Lawsuit"), asserting claims of negligence and wrongful death arising from the same February 24, 2022 fire. On March 15, 2024, Auto-Owners filed this declaratory judgment action seeking, *inter alia*, a declaration that the Spray Policy and Woodmere Policy have been exhausted and do not afford coverage for the Washington Lawsuit, any verdict or judgment therein, or any additional costs or expenses associated with defense of Mr. Spray (or Spray Properties). (*See*

Complaint, Doc. # 1). The Court hereby grants the requested declaratory relief as to Auto-Owners and Mr. Spray, and hereby ORDERS, ADJUDGES AND DECLARES as follows as to Auto-Owners and Mr. Spray:

    a.     The policy limits of the Spray Policy and Woodmere Policy have been exhausted.

    b.     The Spray Policy and Woodmere Policy do not afford coverage for or relating in any way to the Washington Lawsuit or any verdict or judgment against Mr. Spray therein. Auto-Owners has no responsibility under the policy terms to provide any coverage for Mr. Spray for the Washington Lawsuit or any other claim or suit arising from the February 24, 2022 fire.

    c.     Auto-Owners has no duty or obligation to defend and/or indemnify Mr. Spray in connection with the Washington Lawsuit or any other claim or suit arising from the February 24, 2022 fire.

    d.     Auto-Owners has no further duty under the Spray Policy or Woodmere Policy with respect to the February 24, 2022 fire, the Washington Lawsuit and/or the underlying claims, and is free from any liability for any claims, judgments, or damages of any kind relating to the Washington Lawsuit or its subject matter.

The foregoing grants the relief requested by Auto-Owners in its Complaint (Doc. # 1) as to Auto-Owners and Mr. Spray, and resolves the case as to Mr. Spray.

Auto-Owners may take such further action as is necessary or appropriate to resolve the claims against the other Defendants, Spray Properties and Mr. Washington.

SO ORDERED this 11th day of October, 2024.

*W. Louis Sands*
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

CONSENTED TO BY:

/s/ Bret A. Beldt
Bret A. Beldt
Georgia Bar No. 940327
bbeldt@burr.com
*Attorney for Auto-Owners Insurance Company*

**BURR & FORMAN LLP**
1075 Peachtree Street, NE, Suite 3000
Atlanta, Georgia 30309
Telephone: 404-815-3000
Facsimile: 404-817-3244

/s/ Michael Spray (by BAB w/express permission)
Michael Spray
650 Barwick Rd
Bldg G
Quitman, Georgia 31643
*Pro Se*