IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : CASE NO: 7:24-cv-26 (WLS) |
| SPRAY PROPERTIES LLC, MICHAEL SPRAY, and ROBERT WASHINGTON, JR., | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER

On March 15, 2024, Plaintiff Auto-Owners Insurance Company ("Auto-Owners") filed a Complaint for Declaratory Judgment (Doc. 1) ("Complaint") against the above-named Defendants. By Order (Doc. 19) entered October 15, 2024, this matter has been settled between Auto-Owners and Michael Spray. Defendants Robert Washington, Jr. ("Washington") and Spray Properties LLC ("Spray Properties") were served with the Summons and Complaint on April 6, 2024 (Doc. 5), and April 15, 2024 (Doc. 6), respectively. To date neither Washington nor Spray Properties[1] has filed an answer or otherwise responded to the Complaint. Auto-Owners has not taken further action to prosecute its Complaint against Washington and/or Spray Properties.

Accordingly, based on the Court's inherent powers to control its docket, on or before **Thursday, October 31, 2024**, Auto-Owners shall take such action as it deems appropriate to further prosecute its case, or by such date shall show cause why the Complaint should not be dismissed for failure to prosecute. Plaintiff is hereby noticed that failure to respond to or

---

[1] By Order (Doc. 12) entered June 17, 2024, the answer purportedly filed on behalf of Spray Properties was stricken from the record for the reasons stated in that Order.

1

comply with this Order will subject this case to dismissal, without prejudice, without further notice or proceeding.

    **SO ORDERED**, this 18th day of October 2024.

                                           **/s/ W. Louis Sands**
                                           **W. LOUIS SANDS, SR. JUDGE**
                                           **UNITED STATES DISTRICT COURT**