IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-26 (WLS) |
| | * |
| SPRAY PROPERTIES LLC, et al., | |
| | * |
| Defendants. | |
| | * |

### **DEFAULT J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2024 and for the reasons stated therein, judgment is hereby entered in favor of Plaintiff, and DEFAULT JUDGMENT is hereby entered against Defendants Spray Properties and Robert Washington, Jr.

This 15th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk